## 17070. WALLACE *v.* THE STATE.

BROYLES, C. J. This case is controlled by the decision this day rendered in *Lee* v. *State*, ante, 235.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.    REHEARING DENIED MAY 12, 1926.

Indictment for manufacture of liquor; from Douglas superior court—Judge Irwin. December 18, 1925.

Application for certiorari was made to the Supreme Court.

*Astor Merritt,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1114, n. 45; 17 C. J. p. 362, n. 96.